IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRIETT T. SPENCER | : | CIVIL ACTION |
| | : | |
| v. | : | No.  11-1147 |
| | : | |
| CITY OF PHILADELPHIA | : | |

**<u>ORDER</u>**

AND NOW, this 30th day of July, 2012, it is ORDERED Plaintiff Harriett T. Spencer's Motion for Review of the Clerk's Taxation of Costs (Document 53) is DENIED.

It is further ORDERED the Clerk of Court's Taxation of Costs is AFFIRMED in the reduced amount of $6,151.05.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.